BARNES, Respondent, *v.* KEENE, Appellant.

*(Superior Court of New York City, General Term.  June 27, 1890.)*

Appeal from jury term.
Action by Lucien Barnes against James R. Keene.

Argued before FREEDMAN and TRUAX, JJ.

*Shipman, Barlow, Larocque & Choate,* for appellant. *S. H. Randall,* for respondent.

PER CURIAM. Upon the whole case no error appears which constitutes ground for reversal; nor can it be held that the verdict is excessive. The judgment and order should be affirmed, with costs.